IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEGAN JORDAN | : | CIVIL ACTION |
| v. | : | |
| NATIONWIDE MUTUAL INSURANCE CO. | : | NO. 02-5312 |

### O R D E R

AND NOW, this 29th day of July, 2002, at the instance of the Court, plaintiff is directed to amend the complaint to state the principal place of business of the defendant.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　THOMAS N. O'NEILL, JR.,     J.