IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEGAN JORDAN | : | CIVIL ACTION |
| v. | : | |
| NATIONWIDE MUTUAL INSURANCE CO. | : | NO. 02-5312 |

<u>O R D E R</u>

AND NOW, this 7th day of January, 2003 pursuant to 28 U.S.C. §636(b)(1)(A), it is hereby ORDERED that plaintiff's motion to strike objections, compel more complete answers to interrogatories and request for production of documents and motion to amend this Court's pre-trial Order of October 28, 2002 is referred to the Honorable Carol Sandra Moore Wells, U.S. Magistrate Judge for decision.

THOMAS N. O'NEILL, JR.,     J.