IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MEGAN JORDAN                                    :            CIVIL ACTION
                                                :
            v.                                  :
                                                :
NATIONWIDE MUTUAL INSURANCE CO.,  :            NO. 02-5312
et al


## FIRST AMENDED DISCOVERY ORDER


AND NOW, this            day of February, 2003, it is hereby ORDERED that this

court's discovery order of February 13, 2003 is hereby clarified as follows:

1) Paragraph one is amended to reflect that in addition to a log of all alleged

privileged discovery materials, Defendant shall provide copies of the actual undisclosed items to this

court for *in camera* review;

2) Paragraph two should reflect that Defendant must forward all "best practices" or

claims manuals for evaluation of UM/UIM claims from 1993 to 1998 to Plaintiff, including, but not

limited to, the manual referenced in the *Bonenberger* decision; and

3) Paragraph five is clarified to specify that the list of bad faith verdicts rendered

against Nationwide is limited to Pennsylvania verdicts from 1993 through 1998 in UM/UIM cases

only.

IT IS SO ORDERED.


BY THE COURT


CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE