IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEGAN JORDAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, et al | : | NO. 02-5312 |

## SECOND AMENDED SCHEDULING ORDER

AND NOW, this            day of May, 2003, this Court's Scheduling Order of October 28, 2002 is hereby amended as follows:

1. All discovery and any other activity within the provisions of Rule 16(b)(1)-(3) shall be completed by August 1, 2003;

2. Counsel for Plaintiff will file a pretrial memorandum, points for charge, any notices pursuant to Fed. R. Evid. 902(11) and (12) and any dispositive motion(s) by August 15, 2003. Counsel for defendant(s) will file a final pretrial memorandum, points for charge and any dispositive motion(s) by September 1, 2003. The defendant(s) points must designate those plaintiff points not objected to;

3. The case will be placed in the trial pool on September 15, 2003.

4. In all other respects, the Order of October 28, 2002, remains unchanged.

BY THE COURT:

_____
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE