IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEGAN JORDAN | : | CIVIL ACTION |
| v. | : | |
| NATIONWIDE MUTUAL INSURANCE CO. | : | NO. 02-5312 |

O R D E R

      AND NOW, this            day of September, 2003, pursuant to 28 U.S.C. §636(b)(1)(A), it is hereby ORDERED that plaintiff's motion to compel compliance with subpoena served upon Marshall, Dennehey, Warner, Coleman & Goggin is referred to the Honorable Carol Sandra Moore Wells, U.S. Magistrate Judge for decision.

                                                THOMAS N. O'NEILL, JR.,    J.