IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MEGAN JORDAN                              :          CIVIL ACTION

     v.                                            :

NATIONWIDE MUTUAL INSURANCE CO. :          NO. 02-5312

O R D E R

AND NOW, this _____ day of September, 2003, pursuant to 28 U.S.C. §636(b)(1)(A), it is hereby ORDERED that all pending discovery motions are referred to the Honorable Carol Sandra Moore Wells, U.S. Magistrate Judge for decision.

                                                                           _____
                                                                           THOMAS N. O'NEILL, JR.,     J.