IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEGAN JORDAN | : | CIVIL ACTION |
| v. | : | |
| NATIONWIDE MUTUAL INSURANCE CO. | : | NO. 02-5312 |

O R D E R

AND NOW, this 17th day of September, 2003, it is hereby ORDERED that defendant's motion to extend deadlines and to establish date certain for trial is DENIED without prejudice with leave to renew after Magistrate Judge Wells rules on all outstanding discovery motions.

THOMAS N. O'NEILL, JR.,    J.