IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEGAN JORDAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONWIDE MUTUAL INSURANCE | : | |
| COMPANY | : | NO. 02-5312 |

## **ORDER**

AND NOW, this 14th day of October 2003, it is hereby ORDERED that Plaintiff's Motion to Compel Compliance with Subpoena Served Upon John F. Thome, Jr., and any response thereto, is DENIED as moot pending settlement talks without prejudice to its renewal, if necessary and appropriate, by letter application on the existing papers.

BY THE COURT

_____

CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE