IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEGAN JORDAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONWIDE MUTUAL INSURANCE | : | |
| COMPANY | : | NO. 02-5312 |

### **ORDER**

AND NOW, this 14th day of October 2003, it is hereby ORDERED that Plaintiff's Motion to Compel Responses to Plaintiff's Second Request for the Production of Documents Directed to Defendant, Nationwide Mutual Insurance Company, is DENIED as moot pending settlement talks without prejudice to its renewal, if necessary and appropriate, by letter application on the existing papers.

BY THE COURT

_____
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE