IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEGAN JORDAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONWIDE MUTUAL INSURANCE COMPANY | : | NO. 02-5312 |

## ORDER

AND NOW, this 14th day of October 2003, it is hereby ORDERED that Plaintiff's Motion to Compel Compliance with Subpoena Served Upon Marshall, Dennehey, Warner, Coleman & Goggin, and any response thereto, is DENIED as moot pending settlement talks without prejudice to its renewal, if necessary and appropriate, by letter application on the existing papers.

BY THE COURT

_____
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE