IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEGAN JORDAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONWIDE MUTUAL INSURANCE | : | |
| COMPANY | : | NO. 02-5312 |

### ORDER

AND NOW, this 14th day of October 2003, it is hereby ORDERED that Defendant's Motion to Compel the Depositions of Harry Dorian, Esquire, and any response thereto, is DENIED as moot pending settlement talks without prejudice to its renewal, if necessary and appropriate, by letter application on the existing papers.

BY THE COURT

_____
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE