IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEGAN JORDAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONWIDE MUTUAL INSURANCE CO., | : | NO. 02-5312 |
| et al | | |

## ORDER

AND NOW, this            day of January, 2004, upon consideration of Plaintiff's

Motion for Sanctions against Defendant, Nationwide Mutual Insurance Company, Defendant's

Answer thereto and a telephone conference with the parties on January 14, 2004, it is hereby

ORDERED that:

Plaintiff's Motion is DENIED; Defendant has substantially complied with the Court's

Discovery Order of November 14, 2003.

It is further ORDERED that the parties shall execute and submit to this court an

appropriate confidentiality order as discussed on January 14, 2004.

BY THE COURT

_____
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE